AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Jose Martin Medina-Aguirre

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR1714-WQH

I, Jose Martin Medina-Aguirre, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/27/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ET DEPUTY

Defendant

Counsel for Defendant

Before
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd