FILED
2008 JUL 30 AM 8:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 28 AM 8:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: JMB DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE MARTIN MEDINA-AGUIRRE,

Defendant.

CASE NO. 08CR1714

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 25, 2008

LEO S. PAPAS
UNITED STATES DISTRICT JUDGE

ENTERED ON ________________

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 7/29/08

United States Marshal

By: ____________

USMS Criminal Section